442 A.2d 661

**COMMONWEALTH of Pennsylvania**

v.

**Robert Thomas NAUSS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1981.

Decided Dec. 17, 1981.

Reargument Denied April 1, 1982.

David E. Fritchey, Asst. Dist. Atty., for appellee.

Edward A. Savastio, Upper Darby, for appellant.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN, and WILKINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.